UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-2102 RHK/SRN

UNITED STATES OF AMERICA,

Plaintiff,

v.

BEAVER VALLEY DAIRIES, INC.; DALE F. ROMMES; DONALD J. ROMMES; ESTATE OF MARGUERITE A. ROMMES; ESTATE OF MARCELLA A. ROMMES; DARLENE R. GENGLER ROMMES, SPOUSE OF DONALD J. ROMMES; DOUBLE D LIVING TRUST; R.A. COLLINS, A/K/A ROBERT A. COLLINS; PAUL J. WEIGHNER; SNOPAC FOODS, INC.; AND TIMOTHY P. SCHIEBER,

Defendants.

**ORDER OF DISMISSAL**

Based upon the Settlement Agreement and Stipulation to Dismiss Action executed between the plaintiff and defendants Dale F. Rommes, Donald J. Rommes, Estate of Marguerite A. Rommes, Estate of Marcella A. Rommes, Darlene R. Gengler Rommes, Spouse of Donald J. Rommes, Double D Living Trust, R.A. Collins a/k/a Robert A. Collins, and Paul J. Weighner and all the files, records, and proceedings in this matter, it is hereby

**ORDERED** that this action is dismissed in its entirety with prejudice with each party to bear its own costs and attorney's fees.

Dated: 10/24/02

RICHARD H. KYLE
United States District Court Judge

OCT 22 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD